```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 23042
   LATASHA MARY STURDEN
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-6193


-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
   The case was filed on 12/07/2007 and was not confirmed.

   The case was dismissed without confirmation 01/10/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------

HOME COMING FUNDING NE   CURRENT MORTG         .00          .00           .00
WELLS FARGO              CURRENT MORTG         .00          .00           .00
CAPITAL ONE              UNSECURED          553.88          .00           .00
PRO SE DEBTOR            DEBTOR ATTY           .00                        .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                           .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                      --------------      --------------
TOTALS                        .00                   .00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 04/23/08             _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```